**Order filed, August 27, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00482-CV

———————

**HA THI MANNING A/K/A ROSE MANNING, Appellant**

**V.**

**SOHAIL YOUSEF AND AMARENA SALON & DAY SPA, LLC D/B/A ARENA SALON & DAY SPA, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48551**

## ORDER

The reporter's record in this case was due **June 30, 2014**. *See* Tex. R. App. P. 35.1. On **July 11, 2014**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Annette Peltier**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Annette Peltier** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM